**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 31, 2026

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
> **(p. 2)**

RE:    *United States v. Albert Saniger,* **25 Cr. 157 (JHR)**

Dear Judge Rearden:

The Government writes on behalf of the parties in the above-captioned matter to provide the Court with a status update.

Following the Court's entry of the Protective Order (ECF No. 11), the Government made an initial discovery production and is preparing a second discovery production in the coming weeks. The Government anticipates completing its production of discovery by May 1, 2026. The parties have conferred and agreed upon a proposed briefing schedule for the Court's consideration:

September 15, 2026: Deadline for Filing Pretrial Motions
October 13, 2026: Deadline for Filing Oppositions to Pretrial Motions
October 27, 2026: Deadline for Filing Replies In Support Of Pretrial Motions

The Government respectfully requests that the Court set a status conference for a date following October 27, 2026 and exclude time under the Speedy Trial Act until that date to permit the parties the opportunity to produce and review discovery and litigate pre-trial motions. The Government has conferred with defense counsel, who consents to the request for exclusion of time.

Wherefore, the Government respectfully requests that the Court enter the pretrial briefing schedule proposed herein, set a date for a status conference, and exclude time under the Speedy Trial Act until the conference date.

Very truly yours,

JAY CLAYTON
United States Attorney

By: _____

Sarah Mortazavi
Nicholas Chiuchiolo
Assistant United States Attorneys
(212) 637-2520 / 1247

Cc: Max Nicholas, Esq. (by ECF)

Application GRANTED.  The Court adopts the briefing schedule proposed herein.  The Court will hold a status conference on **November 5, 2026** at **12:15 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court hereby excludes time between February 2, 2026 and November 5, 2026 to allow counsel time to produce and review discovery and engage in pre-trial motion practice.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: February 2, 2026